# Ginarte O'Dwyer Gonzalez & Winograd LLP

JOSEPH A. GINARTE●
JOHN D. O'DWYER
RICHARD M. WINOGRAD 1□
MANUEL GONZALEZ
MICHAEL A. GALLARDO □
BARRY D. WEIN
GARY R. NOVINS +
ELLEN RADIN
ALON SOLON
WALTER J. CURTIS 2
MANUEL J. ALMEIDA JR. □
JAMES F. MULLEN ▲+
LOUIS A. ZAYAS □ 2
ANTONIO L. CRUZ
CHRISTOPHER PEREZ
MARK MAURER □
JOHN SCOLLO 2
REX ZACHOFSKY + 2
MOISES APSAN □ 2
JESUS J. PEÑA 2

ATTORNEYS AT LAW
GINARTE PROFESSIONAL BUILDING
400 MARKET STREET
NEWARK, NJ 07105

Direct Line:
(973) 854-8491
FAX: (973) 643-1857

WWW.GINARTE.COM

December 3, 2008

OTHER OFFICES:
NEW YORK, NY 10007
ELIZABETH, NJ 07201
CLIFTON, NJ 07011
NEW BRUNSWICK, NJ 08901
PERTH AMBOY, NJ 08861
UNION CITY, NJ 07087

ROGER GUARDA, CLAIMS MGR.

1 CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
2 OF COUNSEL
+ ADMITTED TO NY
▲ ADMITTED TO NJ & PA
□ ADMITTED TO NJ & NY
● ADMITTED TO NJ, NY & DC
♦ ADMITTED TO DC, FL & NJ
O ADMITTED TO U.S. TAX COURT

**VIA ECF**
Honorable Brian M. Cogan
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Berliner v. Port Authority of NY & NJ, et. al.,</u>
             Case No.: 08-cv-3152

Dear Judge Cogan:

    I represent the plaintiff in the above civil action. I respectfully request an adjournment of the Status Conference scheduled for December 5, 2008 on the ground that I will be in Dearborn County, Indiana on business. In addition, after speaking with defense counsel, I respectfully request that the civil action be administratively stayed pending the outcome of John Torraco's appeal.

    Should Your Honor have any questions, please do not hesitate to contact my office.

                              Sincerely,

                              /s/Louis A. Zayas

                              Louis A. Zayas, Esq.