THE LAW OFFICES OF

# LOUIS A. ZAYAS

A LIMITED LIABILITY COMPANY

6121 Kennedy Boulevard
Second Floor
North Bergen, N.J. 07047
LZayas@Zayaslawfirm.com

Tel: (201) 295-9977
Fax: (201) 295-9565

January 7, 2011

**VIA ECF**
Honorable Brian M. Cogan
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Berliner v. Port Authority of NY & NJ, et. al.,
       Case No.: 08-cv-3152

Dear Judge Cogan:

I represent the plaintiff in the above captioned matter. I respectfully request that the case be re-opened on account that the Second Court of Appeals affirmed the dismissal of Your Honor's order dismissing all claims in the matter of Torraco, et al v. Port Authority, et al, Civil Action No: 05-05572.

If you have any questions or concerns, please feel free to contact my office at your earliest convenience.

Respectfully Submitted,

/s/  *LOUIS A. ZAYAS, ESQ.*
LOUIS A. ZAYAS, ESQ.