UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
Cynthia Berliner,

                              Plaintiff,    **JURY VERDICT FORM**

     -against-                            Case No. 08-cv-03152 (TLM)

Matthew Walpole,

                             Defendant,
------------------------------------------------------------------ X

## JURY VERDICT FORM

1. **Do you find that the plaintiff Cynthia Berliner has proven her claim for excessive force against the defendant Matthew Walpole by a preponderance of the evidence?**

   _____ Yes        **X** No

*If you answered "no" to Question 1, stop; you have reached a verdict. Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict. If you answered "yes" to Question 1, please answer Question 2.*

2. **What amount of compensatory or nominal damages do you award to plaintiff?**

   $ _____


*Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

                                      *Jeanine Sabatino*
                                      FOREPERSON

November 14, 2011
Brooklyn, NY

